**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6879**

———————

LEAMON L. TATUM,

Plaintiff - Appellant,

versus

RICHARD LANHAM, Commissioner, Division of Cor-
rections; JOHN SANDSTORM, Division of Correc-
tions' Inmate Citation Adjuster; THOMAS PRICE,
Division of Corrections' Inmate Citation
Adjuster; LLOYD L. WATERS, Warden; WAYNE W.
LEASE, Correctional Officer I; G. WIBLE, Cor-
rectional Officer II,

Defendants - Appellees,

and

DIVISION OF CORRECTION; MARYLAND CORRECTIONAL
INSTITUTION,

Defendants.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CA-
96-3899-S)

———————

Submitted: November 6, 1997     Decided: November 25, 1997

———————

Before WIDENER and LUTTIG, Circuit Judges, and BUTZNER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Leamon L. Tatum, Appellant Pro Se.  John Joseph Curran, Jr., Attorney General, Glenn T. Marrow, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leamon A. Tatum appeals the district court's grant of summary judgment in favor of the Defendant in his 42 U.S.C. § 1983 (1994), action and the district court's grant of an extension of time for the Defendant to respond to Tatum's complaint. We affirm.

Addressing the Defendant's motion for summary judgment, we note that the court twice informed Tatum of the necessity to respond under Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975). Despite these warnings, Tatum failed to respond with any evidence meeting the standard set forth in Fed. R. Civ. P. 56. Thus, summary judgment was properly entered in favor of the Defendant.

Turning to the motion for an extension of time, we find no abuse of discretion in the district court's grant of this motion where the request came shortly after the expiration of the response period. Accordingly, we affirm the district court in all respects. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3